UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIN E. GARDNER,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF WATERTOWN,<br><br>         Defendant. | **STIPULATION OF DISMISSAL**<br><br>Civil Action No. 5:21-cv-01011<br><br>(FJS-ATB) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff Erin Gardner and defendant City of Watertown (collectively, the "Parties"), Parties to the above-captioned action, that the above-captioned action be, and the same hereby is dismissed, and all claims asserted herein between these Parties are dismissed with prejudice, and without costs, attorneys' fees, expenses, and/or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated: April 21, 2022

| | |
|---|---|
| JAMES D. HARTT, ESQ. | BOND, SCHOENECK & KING, PLLC |
| By: *s/James D. Hartt*<br>  James D. Hartt (516129)<br>6 North Main Street, Suite 200f<br>Fairport, New York 14450<br>Telephone: (585) 490-7100<br>Email: james@harttlegal.com | By: *s/Jonathan B. Fellows*<br>  Jonathan B. Fellows (101628)<br>One Lincoln Center<br>Syracuse, New York 13202-1355<br>Telephone: (315) 218-8000<br>E-mail: fellowj@bsk.com |
| *Attorneys for Plaintiff Erin Gardner* | *Attorneys for Defendant, City of Watertown* |

Date: April 25, 2022         IT IS SO ORDERED.

                       Frederick J. Scullin, Jr.
                       Senior United States District Judge

13974684.1